IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAKOTA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV207 |
| | ) | |
| v. | ) | |
| | ) | |
| MADISON COUNTY JAIL, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's Motion for Copies and Status (Filing No. 27).  Plaintiff does not have the right to receive copies of documents without payment, even if the Court granted him leave to proceed in forma pauperis.  28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077 (8th Cir. 1973), other citations omitted).  If plaintiff requires copies of court documents, he should contact the Clerk of the Court to determine the proper method of requesting and paying for copies.  Plaintiff's request for copies will be denied.

To the extent plaintiff seeks an update on the status of his case, the Court will grant his motion.  The Court

dismissed this matter and entered judgment against plaintiff on October 15, 2012 (*See* Filing Nos. 25 and 26).

IT IS ORDERED:

1.   Plaintiff's Motion for Copies and Status (Filing No. 27) is granted in part and denied in part as set forth in this Memorandum and Order.

2.   The Clerk of the Court is directed to send plaintiff a copy of the docket sheet in this case.

DATED this 20th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

_____
     * This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

-2-